UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SHUSHANO ZAVULONOVA,

                          Plaintiff(s),

      07 Civ. 11328 (GEL)

      **SUBSTITUTION OF COUNSEL**

-against-

NEW YORK CORNELL MEDICAL CENTER,

                          Defendant(s).
----------------------------------------------------------------X

    **IT IS HEREBY STIPULATED AND AGREED** that GOLD, STEWART, KRAVATZ, BENES & STONE, LLP will be substituted as counsel of record for SHUSHANO ZAVULONOVA, who has been represented pro se in the above referenced matter.

Dated: Westbury, New York
       June 4, 2008

Outgoing Counsel:

_____ aka Susana Gutman
SHUSHANO ZAVULONOVA, Pro se
108-11A 66th Avenue
Forest Hills, New York 11375

Incoming Counsel:

_____
GOLD, STEWART, KRAVATZ, BENES & STONE, LLP.
By: Jeffrey B. Gold, Esq. (JBG 9671)
1025 Old Country Road, Suite 301
Westbury, New York 11590
Tel:  (516) 512-6333

SO ORDERED:

_____
USDJ