# GOLD, STEWART, KRAVATZ, BENES & STONE, LLP
## ATTORNEYS AT LAW
25 OLD COUNTRY ROAD, SUITE 301
WESTBURY, NY 11590
TEL (516) 512-6333
FAX (516) 512-6334

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-19-08



June 13, 2008

Hon. Magistrate Judge Ronald L. Ellis
United States District Court, Southern District of New York
500 Pearl Street, Room 1970
New York, New York 10007

RE: <u>Shushano Zavulunova v. New York Cornell Medical Center</u>
(Case No. 07 Civ 11328 (GEL) (RLE))

Dear Hon. Judge Ellis:

We are new counsel to the plaintiff in the above-captioned matter. We write to confirm our telephone conversations with Michael Brantley of your office of today's date wherein we were advised that an adjournment of the June 20, 2008 initial conference in this case to August 14, 2008 at 10:00 a.m. would be permissible.

Accordingly, we hereby formally request an adjournment of the initial conference in this case from June 20, 2008 (its originally scheduled date), to August 14, 2008, at 10:00 a.m. There have been no previous requests for an adjournment of this conference, and counsel for the defendant has indicated his consent to such an adjournment.

By copy of this letter to counsel for the defendant, we also confirm that pursuant to our telephone discussion, we will provide him with a copy of the Equal Employment Opportunity Commission's file concerning our client's claim against his client, upon our receipt of the same from that agency.

Thank you for your attention to this matter.

Approved
**SO ORDERED**
_Ronald Ellis_ 6-19-08
**MAGISTRATE JUDGE RONALD L. ELLIS**

Very truly yours,

GOLD, STEWART, KRAVATZ, BENES & STONE, LLP

Robert J. Stone, Jr.

CC: James R. Kahn, Esq.
Deputy University Counsel
Weill Medical College of Cornell University

RJS/rs