```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHUSHANO ZAVULUNOVA,

                Plaintiff,

- against -

NEW YORK CORNELL MEDICAL CENTER,

                Defendant.

ORDER

07 Civ. 11328 (GEL) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference before the Court on August 14, 2008,

**IT IS HEREBY ORDERED** that discovery in this case shall close on **December 15, 2008.**

**IT IS FURTHER ORDERED** that the Parties appear for a subsequent conference before the Court on **November 6, 2008, at 10:00 a.m.**

**SO ORDERED** this 14th day of August 2008
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge